UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br><br><br><br>Jose SANCHEZ-Figueroa,<br><br><br><br><br>                    Defendant. | Magistrate Docket No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1326 Attempted Entry After Deportation<br><br>Title 8, USC 1325 Illegal Entry (misdemeanor)<br><br>18MJ1648 |

The undersigned complainant being, duly sworn, states:

### COUNT ONE

On or about April 7, 2018, within the Southern District of California, defendant Jose SANCHEZ-Figueroa, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Diego, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

### COUNT TWO

That on or about April 7, 2018, within the Southern District of California, defendant, Jose SANCHEZ-Figueroa, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.



And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Joseph E. Wolchko
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE
THIS  9th  DAY OF April, 2018.

_____
KAREN S. CRAWFORD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**

Jose SANCHEZ-Figueroa

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On April 7, 2018, Border Patrol Agent S. Hernandez was in plainclothes conducting his assigned duties in the Imperial Beach Border Patrol Station's area of responsibility. At approximately 4:27 AM, Border Patrol Agent P. Pincoski, who was stationed at the Joint Harbor Operations Center, relayed via radio, that he had visual of one subject on a Jet Ski crossing the United States/Mexico International Maritime Boundary. Agent Pincoski observed the subject on the Jet Ski heading eastbound towards the beach and disembarking at a location known to Border Patrol agents as the "Imperial Beach Pier." This area is located approximately five miles west of the San Ysidro Port of Entry and approximately three miles north of the United States/Mexico International Boundary. Agent Hernandez responded to the area and approached the subject. Agent Hernandez identified himself as a Border Patrol Agent with his badge displayed around his neck and conducted an immigration inspection. The subject, later identified as the defendant, Jose SANCHEZ-Figueroa, stated that he is a citizen of Mexico without proper immigration documents allowing him to enter or remain in the United States legally. At approximately 4:50 AM, Agent Hernandez placed SANCHEZ under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant further admitted that he knew it was illegal to re-enter the United States after a prior deportation. The defendant stated he entered the United States illegally on April 7, 2018, with an intended destination of Los Angeles, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on October 11, 2012 through Otay Mesa, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

CONTINUATION OF COMPLAINT:
Jose SANCHEZ-Figueroa

Executed on April 7, 2018 at 10:00 AM.

David J. Weber
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on April 7, 2018, in violation of 8 USC 1326, 8 USC 1325.

KAREN S. CRAWFORD
U.S. Magistrate Judge

**11:35 AM, Apr 7, 2018**
Date/Time